UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| ACCELERATED, LLC<br><br>Plaintiff,<br><br>vs.<br><br>LMI II, LLC<br><br>Defendant. | Case No. _____ |

## PLAINTIFF ACCELERATED, LLC'S ORIGINAL COMPLAINT

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

COMES NOW, Accelerated, LLC complaining of LMI II, LLC and in support thereof would respectfully show the Court as follows:

### I.
### PARTIES

1. Accelerated, LLC ("Plaintiff" or "Purchaser") is a Texas domestic limited liability company with its principal office in McKinney, Collin County, Texas, which is authorized to do business in the State of Texas. The entity Plaintiff is the purchaser of that certain Bombardier Inc. Model BD-700-1A10 (Global Express) aircraft (the "Aircraft").

2. LMI II, LLC ("Defendant" or "Seller") is a foreign domestic limited liability company with its principal office in Alpharetta, Georgia and the registered agent, Kenneth Wayco, may be served with process at 3440 Preston Ridge Road,

Suite 500, Alpharetta, Georgia 30005.

## II.
## JURISDICTION

3. This Court has jurisdiction over this suit under 28 U.S.C. § 1332(a)(1) because the Plaintiff and Defendant are citizens of different U.S. states, and the amount in controversy exceeds $75,000.00, excluding interest and costs.

## III.
## VENUE

4. Venue is proper in this district under 28 U.S.C. § 1391(b)(2) because a substantial part of the events or omissions giving rise to the claim occurred in this district or a substantial part of the property that is the subject of the action is situated in this district.

## IV.
## FACTS

5. On or about November 10, 2021, Plaintiff and Defendant entered into the Second Addendum to the Aircraft Purchase and Sale Agreement dated October 14, 2021 as amended by the Addendum dated October 29, 2021 (the "Second Addendum") relating to Plaintiff's purchase of that certain Bombardier Inc. Model BD-700-1A10 (Global Express) aircraft. A true and correct copy of the Second Addendum is attached hereto and incorporated by reference as **Exhibit "A."** The reason for the Second Addendum was to ensure that Seller would remit to Purchaser the proceeds of an insurance settlement.

6. Seller agreed there was adequate and sufficient consideration given by Purchaser to Seller to enter into the Second Addendum.

7. Pursuant to the Second Addendum, Seller and Purchaser agreed to have all funds received by the Seller's aircraft insurance company, AIG Aerospace ("Insurance Company"), relating to the insurance settlement for the temporary engines, more specifically described as "Coverage R: Temporary Replacement Parts Rental Expenses" be paid to Purchaser (the "Insurance Payout").

8. The Seller agreed to transfer to Purchaser the Insurance Payout within three (3) days of receipt by Seller.

9. The Seller agreed to do everything in its power to keep its insurance policy on the Aircraft active before, during, and after the closing of the Aircraft, and to cooperate with the Purchaser and the Insurance Company to cause the payment of the Insurance Payout and all other claims relating to the Aircraft (wherever payable) to be made to Purchaser in a timely manner.

10. The Seller also agreed to have its related company, Select Management Resources, LLC ("Select Management"), guarantee the Insurance Payout.

11. Seller represented that Select Management agreed to guarantee the Insurance Payout Transfer so that if Seller received the Insurance Payout and failed to transfer the Insurance Payout to Purchaser within three (3) business days, then

Select Management would be responsible to pay to Purchaser the amount of the Insurance Payout.

12. The Seller received the Insurance Payout more than three (3) business days before the filing of this lawsuit.

13. The Seller has not paid the Insurance Payout to Purchaser and the Seller has failed to cooperate with the Purchaser to cause the payment of the Insurance Payout be made in a timely manner.

14. Select Management has guaranteed the payment but not paid Purchaser the Insurance Payout.

15. The amount of the Insurance Payout is five hundred thousand dollars ($500,000).

16. Purchaser made written demand on Seller to pay Purchaser the Insurance Payout, but Purchaser did not and has not paid it to Purchaser before the filing of this lawsuit.

## FIRST CAUSE OF ACTION – BREACH OF CONTRACT

17. Seller failed to comply with its obligations under the Second Addendum by not transferring to Purchaser the Insurance Payout with three (3) days of receipt by Seller.

18. Seller also breached the Second Addendum by not cooperating with the Purchaser and the Insurance Company to cause the payment of the Insurance

Payout and all other claims relating to the Aircraft (wherever payable) to be made to Purchaser in a timely manner.

19. Seller also breached the Second Addendum by failing to have its related company, Select Management, guarantee the Insurance Payout. Accordingly, Seller has breached the Second Addendum.

20. Purchaser has been damaged in an amount in excess of five hundred thousand dollars ($500,000).

21. Purchaser seeks recovery of it attorneys' fees and court costs.

## PRAYER

Plaintiff Accelerated, LLC respectfully requests that Defendant LMI II, LLC be cited to appear and answer and that upon a final hearing of this matter, the Court enter judgment in favor of Accelerated, LLC:

A. Compensatory damages in an amount of not less than Five Hundred Thousand Dollars ($500,000.00) to be determined at trial;

B. Reasonable attorneys' fees at trial and all appeals;

C. Costs of suit;

D. Pre-judgment and post judgment interest as allowed by applicable law; and

E. For such other and further relief to which Accelerated, LLC may be entitled.

Respectfully submitted,

**ABERNATHY, ROEDER, BOYD & HULLETT. P.C.**

*/s/ Richard M. Abernathy*
**Richard M. Abernathy**
State Bar No. 00809500
**Charles Crawford**
State Bar No. 05018900
**Emily M. Hahn**
State Bar No. 24101846
rabernathy@abernathy-law.com
ccrawford@abernathy-law.com
ehahn@abernathy-law.com
1700 Redbud Blvd., Suite 300
McKinney, TX 75069
214-544-4000 (phone)
214-544-4040 (fax)

**ATTORNEYS FOR PLAINTIFF**